UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| JOSEPH M. BANGCORO | : | Chapter 13 |
| LISA M. BANGCORO | : | |
| Debtors | : | No. 24-10074-pmm |

**ORDER**

**AND NOW**, upon consideration of the Chapter 13 Trustee's Motion to Sanction Michael McCrystal, Esquire, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Motion is **GRANTED.** Michael McCrystal, Esquire shall be barred from filing any new bankruptcy cases in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

**BY THE COURT**

Dated: _____    _____

**HON. PATRICIA M. MAYER,
BANKRUPTCY JUDGE**