## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Joseph M. Bangcoro** | : | **Chapter 13** |
| Lisa M. Bangcoro, | | |
| | : | |
| Debtors. | : | Case No.  24-10074 (PMM) |

## ORDER

**AND NOW** upon consideration of the Chapter 13 Trustee's Motion to Sanction and Bar Debtors' Counsel, Michael J. McCrystal, from filing new bankruptcy cases in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania (the "Motion," doc. # 24), the United States Trustee's Response to the Motion (doc. # 35), Mr. McCrystal's Response to the Motions (doc. # 31), and for the reasons stated at a hearing held May 30, 2024 (doc. # 36) thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** and Michael J. McCrystal is hereby barred from filing new cases arising under Title 11 of the United States Code in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania without leave of the Court;

2. The Clerk of Court shall terminate Michael J. McCrystal's access and ability to file new cases using CM/ECF for Eastern District of Pennsylvania in fifteen (15) days from the entry of this Order;

3. Michael J. McCrystal stated on the record at the hearing held on May 30, 2024 that he has one, final Chapter 7 petition for relief to be filed on behalf of a client. It is further ordered that Mr. McCrystal is permitted to file his remaining Chapter 7 case within fourteen (14) days of the entry of this Order and pursuant to the certification requirements detailed in section four (4) below;

4. Upon the filing of the final Chapter 7 case, Michael J. McCrystal shall file, with any original or amended bankruptcy documents he files for a party in any case arising under Title 11 of the United States Code, including but not limited to the petition, schedules, statement of financial affairs, statement of current monthly income, and Form 2030 Disclosure of Compensation, a certification to this Court stating that he:

    a. personally reviewed all such documents for errors and/or omissions before they were filed;
    b. obtained and reviewed financial documents and information to support the statements and disclosures set forth in the schedules, the SOFA, the forms related to the calculation of monthly disposable income and/or applicable commitment period or presumption of abuse, and other documents requiring financial information and that these financial materials also support the prospective debtors' ability to fund a plan in Chapter 13 cases or eligibility to file a Chapter 7 case, and
    c. for those documents which require the signature of the party that he provided the party with a copy of all such documents before filing and he obtained written confirmation that the party received the documents, reviewed them, and authorized the filing thereof.

**Date: May 30, 2024**

_/s/ Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**